# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | |
| Lonn Alan Giles, Defendant. | |

| | |
|---|---|
| Case No: | 14cr378(1) ADM/LIB |
| Date: | May 5, 2015 |
| Court Reporter: | Tim Willette |
| Courthouse: | Minneapolis |
| Courtroom: | 13W |
| Time Commenced: | 1:40 p.m. |
| Time Concluded: | 2:05 p.m. |
| Time in Court: | 25 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☒ **Clerk of Court is directed to change name to: Lonn Alan Giles**

Before Ann D. Montgomery, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

    For Plaintiff:    Benjamin Bejar, Assistant U.S. Attorney
    For Defendant:    Robert Richman  ☐ FPD  ☒ CJA  ☐ Retained  ☐ Appointed

☒ **Sentencing.**

IT IS ORDERED:

Defendant is sentenced to:

| Count. No. | Plea | BOP | SR |
|---|---|---|---|
| 1 | x | 240 months | 5 years |

☒ Special conditions of: **See J&C for special conditions**
☒ Defendant sentenced to pay:
    ☒ Special assessment in the amount of $100 to be paid.
☒ Defendant remanded to the custody of the U.S. Marshal.

s/Jackie Ellingson
Courtroom Deputy
