Prob 35
(Rev.3/97)

Report and Order Terminating Supervision
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

                              Plaintiff,

    v.                                    Docket No. 0864 0:14CR00378-003(ADM)

Robert Hugh Wilson

                              Defendant.

On February 13, 2023 the above defendant was placed on supervision for a period of 60 months. This defendant has complied with the rules and regulations of supervision and is no longer in need of supervision. It is accordingly recommended that this defendant be discharged from supervision.

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and that the proceedings in the case be terminated.

Dated this 24th Day of February, 2025

s/Ann D. Montgomery
Honorable Ann D. Montgomery
Senior U.S. District Judge